UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, Individually and on Behalf
of All Others Similarly Situated                    ,

　　　　　　　Plaintiff(s),

　　　　v.

23ANDME, INC.                               ,

　　　　　　　Defendant(s).

Case No. 3:23-cv-5717

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _Howard T. Longman_, an active member in good standing of the bar of

_____The State of New York_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff John Doe_____ in the

above-entitled action. My local co-counsel in this case is Taeva C. Shefler_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 291637_____.

354 Eisenhower Parkway, Suite 1800
Livingston, NJ  07039
MY ADDRESS OF RECORD

973/994-2315
MY TELEPHONE # OF RECORD

_HLongman@longman.law_
MY EMAIL ADDRESS OF RECORD

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415/288-4545
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

TShefler@rgrdlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _1875806_.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules. I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: December 8, 2023

5                                                                      APPLICANT

6    ══════════════════════════════════════════════

7

8                              ORDER GRANTING APPLICATION

9                         FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of __Howard T. Longman__ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17          _____

18                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California